NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7040

CLAIBORNE MERRITT,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-1625.

ON MOTION

ORDER

Claiborne Merritt moves for an extension of time to file his brief.

The court notes that Merritt's informal brief was timely received. Merritt indicates that he is seeking to obtain counsel.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion is granted. If counsel does not enter an appearance on behalf of Merritt within 30 days of the date of filing of this order, then the case will proceed on Merritt's informal brief. If counsel enters an appearance within 30 days of the date of filing of this order, then Merritt's formal brief is due within 60 days of the date of filing of this order and Merritt's informal brief will be withdrawn.

(2)     If counsel for Merritt does not enter an appearance, then the Secretary of Veterans Affairs' brief is due within 70 days of the date of filing of this order. If counsel

does enter an appearance on behalf of Merritt, then the Secretary should calculate his brief due date from the date of service of Merritt's formal brief.

FOR THE COURT

MAR 2 5 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:     Claiborne Merritt
        Gregg M. Schwind, Esq.

s8